IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | 4:08CR3090 |
| ) | |
| v.   ) | |
| ) | ORDER |
| LEROY HENRY COOPER,   ) | |
| ) | |
| Defendant.   ) | |

IT IS ORDERED,

Defendant's motion to continue, filing 19, is granted and trial of this matter is continued until further order, pending disposition of pretrial motions.

Dated September 2, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge