```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )        4:08CR3090
                                )
      v.                        )
                                )
LEROY HENRY COOPER,             )            ORDER
                                )
            Defendant.          )
                                )
```

IT IS ORDERED:

Defendant's unopposed motion, filing no. 32, to continue the evidentiary hearing that was set for this date is granted and the hearing is continued to November 24, 2008 at 1:00 p.m.

Defendant shall be present for the hearing.

DATED this 14th day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge