IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3090 |
| | ) | |
| v. | ) | |
| | ) | |
| LEROY HENRY COOPER, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant has filed a motion seeking investigation of pretrial release options, including drug treatment. Defendant's record clearly demonstrates that his release would pose serious threats to the safety of the community. He has three felony convictions, including two convictions for possession with intent to deliver a controlled substance, and he has been charged with felonies fourteen times. While most of those charges were later dismissed, apparently either through plea agreements of some kind or due to the presently pending indictment in this case, there remains one felony charge presently pending. His record includes convictions for exhibiting a firearm, three assaults, and resisting arrest. The pretrial services report also notes that during his arrest in May of 2008 a firearm was found in his residence. If convicted in this case, it appears defendant would be eligible to be sentenced as a career criminal offender. While the defendant may need treatment, that need does not overcome the very real threat his release would pose.

IT THEREFORE HEREBY IS ORDERED,

The motion, filing no. 34, is denied.

DATED this 30th day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge