IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3090 |
| | ) | |
| v. | ) | |
| | ) | |
| LEROY HENRY COOPER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has been advised that the Superseding Indictment moots the issue of the defendant's motion to dismiss (filing no. 20) and counsel for the defendant orally moves to withdraw such motion.

IT THEREFORE HEREBY IS ORDERED:

1. The oral motion to withdraw defendant's motion to dismiss is granted.

2. Trial of this matter is set to commence at 9:00 a.m., March 30, 2009, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 18th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge