```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3090 |
| | ) | |
| V. | ) | |
| | ) | |
| LEROY HENRY COOPER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon defendant's unopposed oral motion,

IT IS ORDERED:

1. Defendant's motion to continue the change of plea hearing is granted. The Change of Plea hearing is rescheduled to May 11, 2009 at 2:00 p.m. before the undersigned magistrate judge in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 29th day of April, 2009.

BY THE COURT:

S/ *David L. Piester*
David L. Piester
United States Magistrate Judge