IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3090 |
| | ) | |
| V. | ) | |
| | ) | |
| LEROY HENRY COOPER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion to enlarge time to file objections to presentence investigation report (filing 74) is granted. The defendant's objections shall be taken up at his September 29, 2009 sentencing hearing.

    DATED this 24th day of September, 2009.

                                    BY THE COURT:

                                    *Richard G. Kopf*
                                    United States District Judge