IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3090 |
| | ) | |
| v. | ) | |
| | ) | |
| LEROY HENRY COOPER, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Defendant. | ) | |
| | ) | |

The United States has filed a notice (filing no. 105) noting the Supreme Court's decision in *Beckles v. United States*.  The United States further asserts that the holding in *Johnson*, therefore, does not apply to the Guideline issues raised by the defendant in this case.  Accordingly,

IT IS ORDERED that:

(1)    If the defendant disagrees with the government, the defendant shall file a notice of disagreement together with a supporting brief no later than April 3, 2017.

(2)    If no notice of disagreement and brief are filed by the defendant, the pending § 2255  motion in this case will be dismissed without prejudice.

(3)    If a notice of disagreement and brief are filed by the defendant, I will issue a decision determining whether *Beckles* is dispositive.

DATED this 24th day of March, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge