IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3090 |
| | ) | |
| v. | ) | |
| | ) | |
| LEROY HENRY COOPER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed a notice (filing no. 107) concerning the status of defendant's motion to vacate under 28 U.S.C. § 2255 (Johnson) (filing no. 102). Accordingly,

IT IS ORDERED that the Federal Public Defender shall immediately notify me when the Eighth Circuit Court of Appeals has ruled on the defendant's application to file a second or successive § 2255 petition. The briefing schedule outlined in my order dated March 24, 2017 (filing no. 106) is suspended until further order of this court.

DATED this 28th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge