IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3090 |
| V. | ) | |
| LEROY HENRY COOPER, | ) | ORDER |
| Defendant. | ) | |

Because the Court of Appeals has entered a judgment denying the application to file a successive habeas corpus matter (filing no. 109),

IT IS ORDERED that the Motion to Vacate Under § 2255 (filing no. 102) is denied and dismissed with prejudice. No certificate of appealability has been or will be issued. A separate judgment will be entered.

DATED this 3rd day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge